UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. OSOLINKSI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Respondents. | Case No. 17-02689 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a civil detainee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, alleging constitutional violations in connection with his commitment under the Sexually Violent Predator Act ("SVPA"). On September 6, 2017, the Court issued an order dismissing the petition with leave to file an amended petition within twenty-eight days from the date this order is filed. (Docket No. 10.) The time has passed for Petitioner to comply and he has not filed an amended petition or had any other communication with the Court. Therefore, the petition is DISMISSED. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 10/31/2017　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
PRO-SE\EJD\HC.17\02689Osolinski_dism