UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. OSOLINSKI,<br>　　　　Petitioner,<br>　v.<br>COUNTY OF SONOMA, et al.,<br>　　　　Respondent. | Case No. 17-02689 EJD (PR)<br>**ORDER OF DISMISSAL** |

Petitioner, a California civil detainee, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 26, 2017, the Court dismissed the petition with leave to amend within twenty-eight days after initial review. (Docket No. 10.) On October 31, 2017, the Court dismissed the action because Petitioner failed to file an amended petition within the time provided. (Docket No. 11.) On January 11, 2018, the Court vacated the order of dismissal and judgment, and reopened the case based on Petitioner's assertion that he had not received the Court's October 31, 2017 Order. (Docket No. 14.) Thereafter, the Court directed Petitioner to file an amended petition within twenty-eight days from the date the case was reopened. (Id.) The Court granted an extension of time up to and including March 15, 2018, to file an amended petition. (Docket No. 16.)

The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to file an amended petition.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 3/27/2018

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.17\02689Osolinski_dism2.docx